IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

Christopher O'Brian Cobourne

Case No. 16-1800JMC

\* \* \* \* \* \*

### ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for __Thursday 7/14/16__ (date) at __2:30__ (time) before __Honorable J. Mark Coulson__, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom __7B__.

. Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

July 12, 2016
Date

J. Mark Coulson
United States Magistrate Judge